

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/15

**GALLO VITUCCI KLAR** LLP

d Street • 3rd Floor • New York, NY 10004
Tel: 212 683.7100 Fax: 212 683.5555
www.gvlaw.com

December 14, 2015

Magistrate Judge Henry B. Pitman
United States District Court
Southern District of New York
500 Pearl Street – Room 18A
New York, New York 10007

*APPLICATION GRANTED*

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
12-15-15

Re:  **Walpert v. Jaffrey et al**
 Docket no.:  1:13-cv-05006-PGG-HBP
 <u>Request for Extension of Time</u>

Dear Hon. Magistrate Judge Pitman:

 This office represents the defendants Syed Jaffrey, et al. in the above referenced matter.
We are writing to request a 30-day extension of the December 23 deadline for the submission of
defendants' responses to plaintiff's submission (Docket #81) to January 23.  This is the first
request for an extension.  In accordance with Your Honor's rules, we contacted plaintiff's
counsel Blair Fensterstock earlier today to request counsel's consent to this application.  Mr.
Fensterstock stated that he could not consent "because this is [a] court ordered" deadline

 We are seeking this adjournment due to the holiday season and my personal and
professional commitments.  In addition, my client currently resides in Asia and the 10 hour time
difference makes it difficult to communicate in realtime.  My client is working closely with me
but we are somewhat slowed by the time difference and the prior commitments.

 Further, in accordance with your Honor's requirements (Docket #81), we "request an in-
court hearing."

 Thank you for your cooperation with this request.

 Very Truly Yours,

 Deborah J. Denenberg

DJD/mh
cc:  Blair Fensterstock - bfensterstock@fensterstock.com

**Westchester:**  One Bridge Street • Suite 140 • Irvington, NY 10533 • Tel: 212 683.7100 • Fax: 212 683.5555
**New Jersey:**  1 University Plaza • Suite 302 • Hackensack, NJ 07601 • Tel: 201 343.1166 • Fax: 201 343.1223